**FILED**

10/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0032

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 21-0032

| | |
|---|---|
| EGAN SLOUGH COMMUNITY, YES! FOR FLATHEAD FARMS AND WATER and AMY WALLER<br><br>Plaintiffs and Appellants,<br><br>vs.<br><br>FLATHEAD COUNTY BOARD OF COUNTY COMMISSIONERS, a body politic of Flathead County, FLATHEAD COUNTY PLANNING AND ZONING DEPARTMENT, FLATHEAD CITY/COUNTY HEALTH DEPARTMENT and MONTANA ARTESIAN WATER COMPANY<br><br>Defendants and Appellees. | **ORDER** |

Upon consideration of Appellants' motion brought pursuant to Montana Rule of Appellate Civil Procedure Rule 12 (10), requesting leave to file an overlength combined answer/reply brief, supported by affidavit of counsel, and for good cause showing, the motion is GRANTED. Appellants may file a combined answer/reply brief not to exceed 7,500 words.

DATED AND ELECTRONICALLY SIGNED BELOW.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 4 2021